UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:<br><br>EX PARTE APPLICATION OF FREDERICK J. WARREN FOR AN ORDER TO OBTAIN DISCOVERY FOR USE IN FOREIGN PROCEEDINGS PURSUANT TO 28 U.S.C. § 1782 | Misc. Action No. 20 Misc. 208 (PGG) |

## ORDER

Upon consideration of the *Ex Parte* Application for Discovery in Aid of a Foreign Proceeding Pursuant to 28 U.S.C. § 1782 (the "Application"), submitted by Frederick J. Warren (the "Applicant"), and all papers submitted in support thereof, this Court finds that (1) the statutory requirements of 28 U.S.C. § 1782 are satisfied; and (2) the factors identified by the United States Supreme Court in *Intel Corp. v. Advanced Micro Devices, Inc.*, 542 U.S. 241 (2004), weigh in favor of granting the Application.

It is therefore **ORDERED** that the Application is **GRANTED**, and that the Applicant is hereby authorized to serve the subpoenas annexed to the Memorandum of Law in Support of the Application as Exhibits A-F upon AMA Capital Partners, LLC, Fintech Advisory, Inc. and Wilk Auslander LLP (together, the "Discovery Targets").

It is further **ORDERED** that the Discovery Targets comply with such subpoenas in accordance with and subject to their rights under the Federal Rules of Civil Procedure and the Rules of this Court.

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge
June 11, 2020